# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Park 1 at Summerlingate Homeowners' Association<br><br>Plaintiff,<br><br>v.<br><br>Federal National Mortgage Association et al ,<br><br>Defendant's. | Case No. 2:16-cv-00602-RFB-CWH<br><br>**ORDER OF DISMISSAL FOR WANT OF PROSECUTION** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendants **Gilbert Ireland-Ashley, Laurie Ireland-Ashley** according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendants **Gilbert Ireland-Ashley, Laurie Ireland-Ashley**.

DATED this 10th day of July, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**