UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARK 1 AT SUMMERLINGATE HOMEOWNERS' ASSOCIATION,         )<br>                                                                                 )<br>                          Plaintiff,                                  )<br>                                                                                 )<br>vs.                                                                         )<br>                                                                                 )<br>FEDERAL NATIONAL MORTGAGE             )<br>ASSOCIATION, et al.,                                     )<br>                                                                                 )<br>                          Defendants.                              )<br>_____) | Case No.  2:16-cv-00602-RFB-CWH<br><br>**ORDER** |

Presently before the court is Defendant Federal National Mortgage Association's Motion to Stay Discovery (ECF No. 21), filed on January 17, 2017.  Responses were not filed.

Having reviewed and considered the unopposed motion, and good cause appearing, IT IS ORDERED that the motion is granted.  *See* LR 7-2(d) (stating that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.").

IT IS FURTHER ORDERED that if the pending motion for summary judgment (ECF No. 22) is denied, the parties must meet and confer and file a proposed discovery plan and scheduling order within 21 days from the date of the order on the motion for summary judgment.

DATED: February 7, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**