LAUREL I. HANDLEY (NV Bar # 009576)
JORY C. GARABEDIAN (NV Bar # 10352)
Aldridge | Pite, LLP
520 South 4th Street, Suite 360
Las Vegas, NV 89101
Telephone (702) 991-4636
Facsimile (702) 685-6342
E-Mail: jgarabedian@aldridgepite.com

Attorneys for Defendant
FEDERAL NATIONAL MORTGAGE ASSOCIATION.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARK 1 AT SUMMERLINGATE HOMEOWNERS ASSOCIATION, a domestic non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GILBERT IRELAND-ASHLEY, an individual; LAURIE IRELAND-ASHLEY, an individual; FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally sponsored entity, AURORA LOAN SERVICES, LLC, a foreign limited liability company; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:16-CV-00602-RFB-CWH<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiff, PARK 1 AT SUMMERLINGATE HOMEOWNERS ASSOCIATION ("Plaintiff"), and Defendant, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On January 31, 2017, filed filed a Motion for Summary Judgment [ECF No. 22];
2. On February 28, 2017, this Court, through the first stipulation of the parties, set a response deadline for March 1, 2017 and a reply deadline for March 22, 2017 [ECF No. 25];

3. Plaintiff filed its Response/Opposition to the Motion for Summary Judgment on March 6, 2017 [ECF No. 26];

4. Plaintiff's Response/Opposition to the Motion for Summary Judgment included a Counter-Motion for Summary Judgment [ECF No. 28];

5. The parties through this Stipulation wish to afford each other with adequate time to brief the issues in the pending motion or counter-motion so the Court is able to make an informed determination on the merits;

6. The parties further wish to provide the Court and the record with a clear briefing schedule;

7. Therefore, the parties agree to allow the late filing of Plaintiff's Response/Opposition to the Motion for Summary Judgment [ECF No. 26];

8. The parties further agree to extend the deadline for Fannie Mae's Reply to its Motion for Summary Judgment and its Response/Opposition to Plaintiff's Counter-Motion for Summary Judgment to March 27, 2017.

9. The parties further agree that Plaintiff may file its Reply to Plaintiff's Counter-Motion for Summary Judgment on or before April 10, 2017.

10. This Stipulation is made in good faith and not for the purpose of delay.

Dated this 8th day of March, 2017.

| ALDRIDGE PITE, LLP | HOA LAWYERS GROUP, LLC |
|---|---|
| */s/ Jory C. Garabedian* | */s/ Steven T, Loizzi* |
| LAUREL I. HANDLEY<br>JORY C. GARABEDIAN<br>Attorneys for Defendant<br>*FEDERAL NATIONAL MORTGAGE ASSOCIATION* | STEVEN T. LOIZZI, JR<br>Attorney for Plaintiff<br>*PARK 1 AT SUMMERLINEGATE HOA* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 9th day of March, 2017.

- 2 -